March 02, 2007

Mr. Roger Lee
Gibson & Hotchkiss, Roach & Davenport
807 8th Street, 8th Floor
Wichita Falls, TX 76301
Mr. Daniel L. Schaap
Underwood Wilson Berry Stein & Johnson
P. O. Box 9158
Amarillo, TX 79105-9158

RE: Case Number: 06-0212
 Court of Appeals Number: 07-03-00537-CV
 Trial Court Number: 22,296

Style: JACK N. VARNER AND JOYCE L. VARNER
 v.
 JOSE L. CARDENAS AND GLORIA CARDENAS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Peggy Culp |
| |Ms. Brenda |
| |Peterson |